| | |
|---|---|
| To: | SOW 13[sow13@tmmdata.com] |
| From: | Chris Walsh |
| Sent: | Tue 5/12/2015 3:33:24 PM |
| Importance: | Low |
| Subject: | Fwd: Courtesy Notification Regarding Complaint Filed |
| Categories: | multipart/mixed; boundary="001a11335bf4186a7e0515e43768"; charset="utf-8" |

[PLD0001_DKT1_Complaint_TMMData.pdf](#)


---------- Forwarded message ----------
From: **Chris Walsh** <chris.walsh@tmmdata.com>
Date: Wed, Oct 29, 2014 at 3:18 PM
Subject: Courtesy Notification Regarding Complaint Filed
To: Travis Henderson <travis@lenovo.com>, Andrew Flanagan <ajf@lenovo.com>
Cc: Bob Selfridge <bob.selfridge@tmmdata.com>


Travis and Andrew,


As you may or may not be aware, TMM Data recently filed a Complaint against Ashish Braganza. We felt compelled to do this because Mr. Braganza has been approaching our customers in an effort to disrupt our business. In particular, Ashish has slandered our company by accusing us of illegal behavior and also has slandered us personally, calling us "con men." Most troubling, Ashish is urging our customers to cease doing business with us.


When our business relationship with Lenovo ended, we were assured that both parties would behave professionally and would not disparage each other. As a result of those assurances, we do not believe that Ashish's actions are sanctioned by Lenovo, and are likely unknown to Lenovo. As such, our complaint is directed at Ashish personally, and not at Lenovo.


As you know, this is a small industry and Ashish is very active in the same circles of companies we work with. It is a regular occurrence to cross paths with mutual business contacts. As you can surely appreciate, we felt the need to take this action to protect our business reputation and good will.

ATTORNEYS' EYES ONLY                                                                                                T0000182

Ashish's activities are in opposition to our agreement, so I wanted to give you a heads up of this action prior to your hearing it through a 3rd party. Any assistance you can give to bringing an end to this unprofessional and disparaging behavior would be appreciated.

Please let us know if you have any questions.  We've attached the Complaint to this email so that you can be aware of these activities that are damaging to our business, as well as to Lenovo's brand.

--

_____

Chris Walsh | TMM Data | Co-founder

Trust | Measure | Master

e: chris.walsh@tmmdata.com

c: (814) 777-1568
www.tmmdata.com

-------------------------------------------------

--

_____

Chris Walsh | TMM Data | Co-founder

Trust | Measure | Master

e: chris.walsh@tmmdata.com

c: (814) 777-1568

ATTORNEYS' EYES ONLY

T0000183

www.tmmdata.com

-------------------------------------------------------

**ATTORNEYS' EYES ONLY** **T0000184**