IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TMM DATA, LLC, a Pennsylvania limited liability company, | No. 5:14-CV-729-FL |
| Plaintiff, | |
| v. | |
| ASHISH BRAGANZA, an individual, | |
| Defendant. | |

**PLAINTIFF TMM DATA, INC.'S MOTION TO SEAL PROPOSED SEALED EXHIBIT B [DKT. 71] AND PROPOSED SEALED EXHIBIT D [DKT. 72]**

Pursuant to Paragraph 8 of the Court's Stipulated Protective Order (Dkt. No. 30), Local Rule 79.2(b), and Section (T)(1)(a) of the CM/ECF Policy Manual for the U.S. District Court for the Eastern District of North Carolina, Plaintiff TMM Data, Inc. ("TMM Data") respectfully moves the Court for an Order maintaining under seal Proposed Sealed Exhibit B [Dkt. 71] and Proposed Sealed Exhibit D [Dkt. 72], which were exhibits to Defendant's Memorandum in Reply to Plaintiff's Response to Defendant's Motions for Sanctions [Dkt. 70].

TMM Data is submitting a supporting memorandum of law and proposed order in connection with this Motion.

DATED this 18th day of February, 2016.

By    */s/ Matthew A. Barlow*

**WORKMAN | NYDEGGER**
Matthew A. Barlow
Utah State Bar No. 9596
mbarlow@wnlaw.com
David R. Todd
Utah State Bar No. 8004
dtodd@wnlaw.com
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707
COUNSEL FOR PLAINTIFF

**POYNER SPRUILL LLP**
Eric P. Stevens
N.C. State Bar No. 17609
estevens@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.1017
Facsimile: 919.783.1075
LOCAL CIVIL RULE 83.1 COUNSEL

<h1 style="text-align:center">CERTIFICATE OF SERVICE</h1>

I hereby certify that on February 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**THE NOBLE LAW FIRM, PLLC**

Nicholas J. Sanservino, Jr. (N.C. Bar No. 36557)
Laura L. Noble (N.C. Bar No. 38691)
Donald C. Davis (N.C. Bar No. 38120)
308 W. Rosemary Street, Suite 303
Chapel Hill, N.C. 27516
Telephone: (919) 251-6008
Facsimile: (919) 869-2079
nick@thenoblelaw.com
lnoble@thenoblelaw.com
ddavis@thenoblelaw.com
*Attorneys for Defendant*

**BROWN, CRUMP, VANORE & TIERENY, LLP**

Andrew A. Vanore, III (N.C. Bar No. 13139)
P.O. Box 1729
Raleigh, N.C. 27602
Telephone: (919) 835-0909
Facsimile: (919) 835-0915
dvanore@bcvtlaw.com
*Attorneys for Defendant*

/s/ Matthew A. Barlow