UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TMM DATA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:14-CV-729-FL |
| ASHISH BRAGANZA, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED**, in accordance with the court's orders entered July 31, 2015, and March 28, 2016, and for the reasons set forth more specifically therein, that:

(1) Defendant's motion to dismiss is granted in part where the court dismisses without prejudice plaintiff's tortious interference, slander *per quod*, and unfair and deceptive trade practices claims.

(2) Plaintiff's motion to dismiss with prejudice under Federal Rule of Civil Procedure 41(a)(2) is granted and this action is dismissed with prejudice. Defendant's motion for sanctions under Federal Rule of Civil Procedure 11 and motion for attorneys' fees, costs, expenses or other relief are denied.

**This Judgment Filed and Entered on March 28, 2016, and Copies To:**
David R. Todd (via CM/ECF Electronic Notice of Filing)
Matthew A. Barlow (via CM/ECF Electronic Notice of Filing)
Eric P. Stevens (via CM/ECF Electronic Notice of Filing)
Andrew A. Vanore, III (via CM/ECF Electronic Notice of Filing)
Nicholas Joseph Sanservino, Jr. (via CM/ECF Electronic Notice of Filing)
Laura Noble (via CM/ECF Electronic Notice of Filing)
Cathleen M. Plaut (via CM/ECF Electronic Notice of Filing)

| | |
|---|---|
| This the 28rd day of March, 2016. | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |